Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:   (775) 849-3811
Facsimile:   (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:   (858) 623-4200
Facsimile:   (858) 623-4299

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAINA BIXON,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | Civil Case No. 3:10-cv-02877 EMC<br><br>**STIPULATION OF DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

Dated: January 23, 2012

_____
Kevin J. McInerney
*Attorney for Plaintiff*

Dated: January 17, 2012

_____
Lindbergh Porter, Jr.
*Attorney for Defendant*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1  PROOF OF SERVICE
   *Bixon v. Wells Fargo Bank, N.A.*
2  **United States District Court, Northern District of California**
   Case No. 3:10-cv-02877 EMC
3  _____

4  I, the undersigned, declare as follows:

5  I am employed in the County of Washoe, State of Nevada.

6  I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.
7
   On January 24, 2012, I served the foregoing document(s) described as:
8
         STIPULATION OF DISMISSAL
9
   on all interested parties in this action addressed to the addressee as follows:
10

11 | Lindbergh Porter, Jr., Esq.            | James F. Clapp, Esq.
   | lporter@littler.com                    | jclapp@sdlaw.com
   | Richard H. Rahm, Esq.                  | Zachariah P. Dostart, Esq.
12 | rrahm@littler.com                      | zdostart@sdlaw.com
   | LITTLER MENDELSON, PC                  | DOSTART CLAPP & COVENEY, LLP
13 | 650 California St., 22nd Floor         | 4370 La Jolla Village Drive, Suite 970
   | San Francisco, CA 94108                | San Diego, CA 92122
14 | Telephone:    (415) 433-1940           | Telephone:    (858) 623-4200
   | Facsimile:    (415) 399-8490           | Facsimile:    (858) 623-4299
15

16 XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above
17 CM/ECF registrant(s).

18      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 24, 2012 at Reno, Nevada.
19

20                                              _____
                                                Jennifer Smith
21

22

23

24

25

26

27

28

                                    PROOF OF SERVICE